# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER B. EPPS, #10095-042 § | |
| § | |
| v.   § | CIVIL ACTION NO. 3:22-CV-623-S-BK |
| § | |
| JEREMY GORDON and JEREMY § | |
| GORDON, PLLC | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 20, 2022.

**UNITED STATES DISTRICT JUDGE**